DOCKET NO. 820

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MFC & ASSOCIATES/PAN AMERICAN UNIVERSITY ALLEGED DECEPTIVE TRADE PRACTICES LITIGATION

    Pan American University v. Lee B. Polanco, Individually and d/b/a
      MFC & Associates, S.D. Texas, C.A. No. M-89-037
    Lee B. Polanco, d/b/a MFC & Associates, v. Jim Mattox, W.D. Texas,
      C.A. No. A-89-CA-160

ORDER DENYING TRANSFER*

    This litigation consists of two actions pending in two federal districts: one action each in the Southern District of Texas and Western District of Texas. Before the Panel is a motion by Lee B. Polanco, doing business as MFC & Associates, to transfer the Southern Texas action under 28 U.S.C. §1407 to the Western District of Texas for coordinated or consolidated pretrial proceedings with the action pending there. Pan American University opposes the motion.

    On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of this litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact are sufficiently complex, and that the accompanying discovery will be so time-consuming, to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969). We point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

    IT IS THEREFORE ORDERED that the motion for transfer embracing the above-captioned actions pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Milton Pollack took no part in the decision of this matter.